Order entered November 16, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01284-CV

## IN THE INTEREST OF N.T, A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-00657-Z**

## ORDER

The Court has before it appellant's November 13, 2012 unopposed verified motion for extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file her brief by December 14, 2012.

MOLLY FRANCIS
JUSTICE